**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 06-CV-14201-KMM**

GLENN C. SMITH,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.
_____/

**ORDER ON THE MANDATE**

    **THIS CAUSE** comes before the Court upon the May 7, 2013 Mandate of the United States Court of Appeals for the Eleventh Circuit. Therein, the Eleventh Circuit found that summary judgment was improper because a question of material fact exists as to the reason Plaintiff was included among the inmates transferred from a certain correctional facility. The Eleventh Circuit concluded that additional time for discovery is also required to allow the parties to gather essential evidence related to the alleged widespread practice of retaliatory transfers. Finally, the Eleventh Circuit held that due to the complexities of Plaintiff's claims, the discovery issues he faced, and the conduct of Defendant, exceptional circumstances exist that require the appointment of counsel for Plaintiff.

    It is therefore, **ORDERED and ADJUDGED** as follows:

1.     The May 7, 2013 opinion of the United States Court of Appeals for the Eleventh Circuit be, and the same is hereby, **ADOPTED** and made the Order of this Court.

2.     The Court's Summary Judgment Order (ECF No. 84) is hereby **VACATED**

**and SET ASIDE.**

3. Pursuant to Rule 1 of the Magistrate Judge Rules of the Southern District of Florida and 18 U.S.C. § 636(c), this case is **REFERRED** to Magistrate Judge Patrick A. White for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters.

4. Magistrate Judge Patrick A. White is hereby **DIRECTED** to appoint a lawyer for Plaintiff Glenn C. Smith.

**DONE and ORDERED** in chambers at Miami, Florida, this 13th day of May, 2013.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel and pro se parties of record